# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

RAHEEM WAY,

    Petitioner,

vs.                                                                                                                                            No. CIV 23-00229 JB/LF

ATTORNEY GENERAL OF THE STATE OF
NEW MEXICO,

    Respondent.

## MEMORANDUM OPINION AND ORDER

**THIS MATTER** comes before the Court on the Petition Under 28 U.S.C. §2254 for Writ of Habeas Corpus by a Person in State Custody, filed March 22, 2023 (Doc. 2)("Petition"). Petitioner Raheem Way attaches his Inmate Trust Accounting Account Transaction History to his Petition. See Petition at 18-21. The Court infers that Way seeks to prosecute his Petition in forma pauperis, i.e., without paying the $5.00 filing fee. Under 28 U.S.C. § 1915(a)(1), the in forma pauperis statute, the Court may allow an inmate to proceed without paying the filing fee only where the inmate's "affidavit [and] statement of all assets such prisoner possesses [demonstrate] that the inmate is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a)(1). Way does not qualify to proceed in forma pauperis under the standard that § 1915(a)(1) establishes. See 28 U.S.C. § 1915(a)(1). Specifically, Way's financial information reflects that Way receives an average of $208.95 per month, and that his average monthly balance is $81.25. See Petition at 18-21. The Court, therefore, requires Way to pay the $5.00 filing fee within thirty days of this Memorandum Opinion and Order's entry. Failure to timely comply may result in dismissal of this action without further notice.

**IT IS ORDERED** that: (i) Petitioner Raheem Way must submit the $5.00 filing fee within thirty days of this Memorandum Opinion and Order's entry; and (ii) the Clerk of the Court shall provide Way with a copy of this Memorandum Opinion and Order**.**

                                                                                              _____
                                                                                              UNITED STATES DISTRICT JUDGE

*Parties:*

Raheem Way
Santa Fe, New Mexico

        *Petitioner pro se*