IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RAHEEM WAY,

    Petitioner,

v.　　　　　　　　　　　　　　　　　　　　　　No. 1:23-cv-229 SMD/LF

ATTORNEY GENERAL FOR
THE STATE OF NEW MEXICO,

    Respondent.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Memorandum Opinion and Order filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this case.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Raheem Way's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2254 (**Doc. 1**) is **DISMISSED with prejudice**.

_____
UNITED STATES DISTRICT JUDGE